IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 01-01152 ESL

Chapter 7

XXX-XX-6415

FILED & ENTERED ON 3/27/2006

Debtor(s)

ORDER DISCHARGING TRUSTEE
AND RELEASING HIS BOND

The instant case was converted to Chapter 7 on 9/16/05. The Chapter 13 Trustee has rendered a final report of his administration on 10/7/2005. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

San Juan, Puerto Rico, this 27 day of March, 2006.

ENRIQUE S. LAMOUTTE INCLAN
U.S. Bankruptcy Judge

CC: ALEJANDRO OLIVERAS RIVERA